IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JOSEPH ANDREW DIRUZZO, ET AL.    §
                                 §
VS.                              §    ACTION NO. 4:26-CV-489-Y
                                 §
ROBERTO ARREDONDO, ET AL.        §

ORDER OF TRANSFER

On April 20, 2026, Plaintiffs, proceeding pro se, filed their complaint in this case naming numerous officials from Victoria County, Texas, as defendants in their individual capacities.  Plaintiffs contend that "[v]enue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in Victoria County, Texas." (Compl. (doc. 1) at 4.)  Victoria County is, however, in the Victoria division of the Southern District of Texas.  *See* 28 U.S.C. § 124(b)(5).  Consequently, the Court concludes that this case should be, and it is hereby, TRANSFERRED to the United States District Court for the Southern District of Texas, Victoria Division, in accordance with 28 U.S.C. § 1406(a).

SIGNED April 21, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER OF TRANSFER -- Page Solo
TRM/chr