United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JOSEPH ANDREW DIRUZZO, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 6:26-CV-00030 |
| | § | |
| ROBERTO ARREDONDO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Plaintiffs' Motion to Transfer Case to the Northern District of Texas (D.E. 11) is

**DENIED** for the same reasons stated by this Court in its June 2, 2026 Order denying

Plaintiffs' Motion for Reconsideration of Transfer.  (D.E. 9).

ORDERED on August 6, 2026.

_____
Julie K. Hampton
United States Magistrate Judge

1 / 1